

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00524-CV

Vernard **GRICE**,
Appellant

v.

**ALAMO COMMUNITY COLLEGE DISTRICT**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-17062
Honorable Barbara Hanson Nellermoe, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

We ORDER that appellee, Alamo Community College District, recover its costs of this appeal from appellant, Vernard Grice.

SIGNED April 24, 2013.

_____
Luz Elena D. Chapa, Justice